```
WILLIAM C. MILKS, III (State Bar No. 114083)
Law Offices of William C. Milks, III
960 San Antonio Road  Suite 200A
Palo Alto, CA  94303
Telephone:  (650) 930-6780
Fax:  (650) 813-1805
Email:  bmilks@sbcglobal.net

Attorneys for Plaintiff TECHNOLOGY &
INTELLECTUAL PROPERTY
STRATEGIES GROUP PC
```

**IT IS SO ORDERED AS MODIFIED.**
*Judge Paul S. Grewal*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY & INTELLECTUAL PROPERTY STRATEGIES GROUP PC, a California Professional Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Insperity, Inc., a Texas Corporation, and DOES 1-10,<br><br>Defendants. | Case No. CV12-03163-LHK (PSG)<br><br>CONSENT MOTION AND [~~PROPOSED~~] ORDER RE CONTINUANCE OF HEARING ON INSPERITY INC.'S MOTION TO QUASH AND FOR PROTECTIVE ORDER<br><br>[Civil L.R. 7-7]<br><br>Date: November 20, 2012<br>Time: 10:00 AM<br>Courtroom: 5, 4th Floor<br>Judge: Hon. Paul S. Grewal |

Plaintiff Technology & Intellectual Property Strategies Group PC hereby moves the Court pursuant to Civil L.R. 7-7 to continue the hearing on the motion by Defendant Insperity, Inc. ("Insperity") to quash and for protective order respecting the First and Second Sets of Requests for Admission , Interrogatories, and Requests for Production of Documents and Things (collectively, "Document Requests") served on Insperity by Plaintiff Technology &Intellectual Property Strategies Group PC ("TIPS Group") from the currently scheduled date and time set forth above to December 4, 2012 at 10:00 AM, due to Plaintiff's counsel's unavailability on the currently scheduled hearing date.

Counsel for TIPS Group met and conferred with counsel for Defendant Insperity. Counsel for Insperity has expressly agreed to the continuance of the hearing to December 4, 2012 at 10:00 AM, as proposed by counsel for TIPS Group. TIPS Group therefore requests the Court to vacate the hearing

1 | scheduled for November 20, 2012 and re-set the hearing for 10:00 AM on December 4, 2012.

3 | October 18, 2012

Respectfully submitted,

Law Offices of William C. Milks, III

*William C. Milks, III* (signature)

William C. Milks, III

Attorneys for Plaintiff Technology & Intellectual Property Strategies Group PC

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the hearing set for November 20, 2012 **IS VACATED.**

IT IS FURTHER ORDERED that the hearing shall be re-calendared for **DECEMBER ~~4~~, 2012 at 10:00 AM.** 18

Dated: 10/19/2012

*Paul S. Grewal* (signature)

Paul S. Grewal,
Magistrate Judge, United States District Court