**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY & INTELLECTUAL PROPERTY STRATEGIES GROUP PC, a California Professional Corporation,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>INSPERITY, INC., a Texas Corporation, and DOES 1–10,<br><br>　　　　　　　　Defendants | Case No.: 12-CV-03163-LHK<br><br>ORDER VACATING HEARING ON MOTION TO INTERVENE, MOTION FOR STAY AND TO COMPEL ARBITRATION, MOTION TO DISMISS COUNTERCLAIM, AND CASE MANAGEMENT CONFERENCE |

Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for determination without oral argument. Accordingly, the hearing and case management conference set for November 15, 2012, are hereby VACATED.

Dated: November 14, 2012

　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 12-CV-03163-LHK
ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE