1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY & INTELLECTUAL PROPERTY STRATEGIES GROUP PC, a California Professional Corporation,<br><br>                         Plaintiff,<br>        v.<br><br>INSPERITY, INC., a Texas Corporation,  and DOES 1–10,<br><br>                         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: 12-CV-03163-LHK

ORDER CONTINUING STAY PENDING SETTLEMENT

On November 29, 2012, the Court granted Insperity PEO's Motion to Intervene, granted the Motion for Stay and to Compel Arbitration, and denied Plaintiff's Motion to Dismiss the Counterclaim filed by Insperity PEO.  *See* ECF No. 45.  Given that this case will otherwise be stayed pending arbitration, the Court suggested that the parties stipulate to a dismissal without prejudice and to a tolling agreement by December 10, 2012, or file a statement informing the Court why the stay should not be lifted.  On December 10, 2012, the parties filed a joint statement informing the Court that they have reached an agreement in principle to settle the entire action.  Accordingly, the parties requested that the Court continue the stay pending completion of formal

1

settlement documents and submission to the Court of a stipulated order of dismissal of the action, with prejudice.  ECF No. 46.  The parties represented to the Court that they will seek to finalize settlement documents and submit the stipulated order of dismissal to the Court on or before December 20, 2012.  *Id.*  Pursuant to the Court's joint statement, the stay will be continued until December 26, 2012.

**IT IS SO ORDERED.**

Dated: December 17, 2012

LUCY H. KOH
United States District Judge

Case No.: 12-CV-03163-LHK
ORDER CONTINUING STAY PENDING SETTLEMENT