IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TECHNOLOGY & INTELLECTUAL PROPERTY STRATEGIES GROUP PC, a California Professional Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Insperity, Inc., a Texas Corporation, and DOES 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV12-03163-LHK (PSG)<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL PURSUANT TO RULE 41(a)(2) and 41(c) BETWEEN PLAINTIFF TECHNOLOGY & INTELLECTUAL PROPERTY STRATEGIES GROUP PC AND DEFENDANTS INSPERITY, INC. AND INSPERITY PEO SERVICES, L.P. |

WHEREAS, Plaintiff and Counterdefendant Technology & Intellectual Property Strategies Group PC ("TIPS Group") and Defendants and Counterclaimants Insperity, Inc. and Insperity PEO Services, L.P. ("Insperity Parties") have moved for an order pursuant to Fed. R. Civ. P. 41(a)(2) and (c) dismissing all claims and counterclaims in this action between TIPS Group and the Insperity Parties with prejudice.

IT IS HEREBY ORDERED that all claims and counterclaims in this action between TIPS Group and the Insperity Parties are hereby dismissed with prejudice. IT IS FURTHER ORDERED that all parties shall bear their own costs, expenses, and attorneys' fees. The Clerk shall close the file.

Dated:  December 28, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

ORDER OF DISMISSAL

1                                    Case No._CV12-03163-LHK (PGS)